PD-1218-15

granted to
12/8/15 PC
10/20/15   10-28-15
FILED IN
COURT OF CRIMINAL APPEALS
OCT 29 2015
Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

LAW OFFICE OF DARRELL R. CAREY
300 15TH STREET
CANYON, TEXAS 79015

RE: TR. CT. NO. 22,949-A; COA CASE NO. 07-13-00264-CR
PD-1218-15

APPELLANT'S SECOND PRO SE MOTION FOR AN
EXTENSION OF TIME IN WHICH TO FILE THE P.D.R.

COMES NOW, MARIO BALLESTEROS CAMPOS, TDCJ-ID #
1873651 AND REQUEST THIS HONORABLE COURT TO EXTEND
THE TIME TO FILE THE PETITION FOR DISCRECTIONARY
REVIEW, AND IN SUPPORT STATES THE FOLLOWING:

1). APPELLANT RECEIVED VIA U.S. MAIL CMRRR 7015 0640 0004
2191 0349 AND REGULAR U.S. MAIL A LETTER FROM
THE ABOVE NAMED ATTORNEY NOTIFYING APPELLANT THAT
THE ATTORNEY RECEIVED THE OPINION FROM THE COURT
SEVENTH COURT OF APPEALS. THIS LETTER IS DATED

①.

SEPTEMBER 04, 2015. THE ATTORNEY FURTHER STATED THAT HE HAD ENCLOSED A JUDGMENT FROM THAT COURT.

2). MOTION FOR EXTENSION OF TIME WAS REQUESTED AND GRANTED BY THIS HONORABLE COURT.

3). APPELLANT SENT TO THE ABOVED NAMED ATTORNEY A LETTER REQUESTING COPY OF APPELLATE'S BRIEF, STATE'S BRIEF IN RESPONSE AND MEMORANDUM OPINION FROM THE SEVENTH COURT OF APPEALS, HOWEVER AS OF THIS DATE APPELLATE HAS RECEIVED NO RESPONSE FROM MR DARRELL R. CAREY, LETTER DATED 09/13/15.

WHEREFORE APPELLATE PRAYS THAT THIS COURT GRANT AN ADDITIONAL 45 DAYS TO FILE HIS P.D.R. AND NOTIFY THE ABOVE ATTORNEY TO COMPLY WITH HIS REQUEST FOR COPIES OF THE APPELLATE RECORD.

RESPECTFULLY

Mario B. Campos  10-20-15

C.C. FILE
DARRELL R. CAREY

MARIO BALLESTEROS CAMPOS #1873651
POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351

## CERTIFICATE OF SERVICE

I, MARIO BALLESTEROS CAMPOS, TDCJ-ID # 1873651 DO HEREBY STATE UNDER PENALTY OF PERJURY THAT A TRUE AND CORRECT COPY OF THE ENCLOSED DOCUMENTED WAS ON THIS DATE MAILED TO THE LAW OFFICE OF DARRELL R. CAREY, 300 15TH STREET, CANYON, TEXAS 79015

RESPECTFULLY

*Mario B. Campos* 10-20-15

C.C. FILE
COURT OF CRIMINAL
APPEALS OF TEXAS

MARIO BALLESTEROS CAMPOS # 1873651
POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351